IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| RODRIGO LIZAMA GUTIERREZ, et al., ) | |
| ) | |
| Petitioners-Plaintiffs, ) | |
| ) | |
| v. ) | 1:20-cv-712 (LMB/IDD) |
| ) | |
| RUSSELL HOTT, et al., ) | |
| ) | |
| Respondents-Defendants. ) | |

### ORDER

On June 27, 2020, petitioners-plaintiffs filed a petition for writ of habeas corpus and complaint, which included three counts challenging the conditions of confinement at Farmville Detention Center (Counts IV through VI). Because these counts were related to the pending civil action Toure v. Hott, No. 1:20-cv-395, which is assigned to the Honorable Liam O'Grady, these counts were severed and reassigned to Judge O'Grady. To ensure that those counts are properly before Judge O'Grady, it is hereby

ORDERED that should petitioners-plaintiffs wish to proceed on Counts VI through VI, they must file a standalone civil action containing those counts and list Toure as a related case.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 16 day of July, 2020.

Alexandria, Virginia

/s/ _____
Leonie M. Brinkema
United States District Judge